FRANK MAKI, Appellant, v BASSETT HEALTHCARE et al., Respondents.

Decided June 22, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge FEINMAN taking no part.